NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5055

LAWRENCE V. WILDER, SR.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-723, Judge Nancy B. Firestone.

ON MOTION

ORDER

Upon consideration of the United States' motion for an extension of time, until May 6, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 15 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Lawrence V. Wilder, Sr.
      Joseph A. Pixley, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2009

JAN HORBALY
CLERK